352 U.S. 944, 77 S.Ct. 262.

**A. B. PHILLIPS, Executive Director, Employment Security Commission of Alaska, petitioner, v. FIDALGO ISLAND PACKING CO. et al.**

**No. 438.**

Supreme Court of the United States.

Dec. 10, 1956.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.

Denied.